**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2022-0300, <u>In re Estate of Linda D. Breedy</u>, the court on January 30, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Denise Jones, in her capacity as the personal representative of the Estate of Virginia Breedy, appeals an order of the Circuit Court (<u>Weaver</u>, J.) dismissing her motion to re-examine the probate of the will of Linda D. Breedy (Virginia's daughter) on the ground that the motion was untimely filed. Based upon our review of the trial court's well-reasoned order, Jones' challenges to it, the relevant law, and the record submitted on appeal, we conclude that Jones has not demonstrated reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). The request for appellate attorney's fees submitted by the appellee, the Estate of Linda D. Breedy, is denied without prejudice to the appellee filing a properly supported motion under Rule 23. <u>See</u> <u>Sup. Ct. R.</u> 23.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,
Clerk